# Exhibit 2

Method Claim: 12

| US7552870 | Odacite ("The accused instrumentality") |
|---|---|
| 12. A method of authorizing usage and trading of network resources comprising:<br><br>**Col 1: lines 6-10**<br><br>*Network Resource: any service or facility that can be made available and accepted for use or delivery by digital transmission over a network, even if actual fulfilment is carried out by some alternate means. May include Internet or other network access, data storage and data* | The accused instrumentality practices a method of authorizing usage and trading of network resources (e.g., earning points through referral and redeeming those points for purchases).<br><br>As shown below, the accused instrumentality allows user to earn and redeem points for purchase. Further, it offers a 'Tell Your Friends' program that allows users to earn points by inviting friends to join the loyalty program. The user earns 2000 points ($20 value) for each successful referral. The earned points can be redeemed by the user for various rewards, merchandise and products at different stores.<br><br>**ODACITÉ**<br>CALIFORNIA<br><br>FREE VIDEO CONSULT       WELLNESS BLOG       IN THE PRESS<br><br>**WELCOME TO ODACITÉ REWARDS**<br>Become a VIP member and start earning your Odacité points today! See the rewards that await you below.<br><br>Access your personalized rewards dashboard **HERE.**<br><br>Don't have an account?<br><br>JOIN NOW<br><br>Already have an account? **Log in.** |

| | |
|---|---|
| *processing, among others.*<br><br>**Col 7: lines 59-67, Col 8: line 1**<br><br>*The Use Earned Balance (307) field is used by the System to determine whether any Earned Balance held by the owner of this Network User Device should be used 'First', 'Last' or 'Never' in settling charges for Network Resource Usage by this Network User Device via an Access Gateway. <u>In the case of 'First', any earned balance is used ahead of any cash</u>* | https://web.archive.org/web/20240525224452/http://cooperativelyproducednetwork.com/odacite-rewards.html<br><br><br><br>https://web.archive.org/web/20220117153536/http://cooperativelyproducednetwork.com/odacite-rewards.html<br><br>As shown below, the accused instrumentality offers a 'Tell Your Friends' program that allows users to earn points by inviting friends to join the loyalty program. The user earns 2000 points ($20 value) for each successful referral. The earned points can be redeemed by the user for various rewards, merchandise and products at different stores. |

| | |
|---|---|
| *balance available for the Network User Device (i.e. it is trading Network Resources).*<br><br>**Col 8: lines 20-30**<br><br>*Each Account Record has its own Account UniqueID (401), which identifies it uniquely in the System. <u>Each Account Record also has a single Owned by UniqueID (402), which identifies the UniqueID of the Account's owner</u>. The Account Record may be owned by a registered Trading System User, a registered* | <br><br>https://web.archive.org/web/20240525224452/http://cooperativelyproducednetwork.com/odacite-rewards.html<br><br><br><br>https://web.archive.org/web/20220117153536/http://cooperativelyproducednetwork.com/odacite-rewards.html |

| |
|---|
| *Network Resource Access Gateway or a registered Network Device. For a Trading System User, <u>the Account Record may store either an Earned Balance</u> or a Cash Balance. <u>An Earned Balance is one where credits are made for provision of Network Resources, due to the Trading System User being an Access Gateway Operator.</u>* |

# QUESTIONS?

What is the Odacité Rewards Program and what benefits will I receive?

Odacité Rewards Program is Odacité's loyalty program that allows you to earn points for every dollar spent and through social engagement and referrals!

Who is eligible to join the Odacité Rewards Program?

What happens to my Odacité Rewards points if I return merchandise?

How do I access my Rewards Account?

Your Odacité Rewards account can be accessed on odacite.com simply by selecting "Account Login" button at the top right of the Odacite home page, and logging in with your registered email address. If you need assistance, please contact Customer Service at 1 800 809 8714 (TOLL FREE) or via email CONTACT@ODACITE.COM.

You can access your points in your Rewards Dashboard.

https://web.archive.org/web/20220117153536/http://cooperativelyproducednetwork.com/odacite-rewards.html

|  | How do I earn points? |
|  | You must be enrolled in the Odacité Rewards Program at the time of your purchase in order to earn points. Points will automatically be added to your account for qualifying purchases after checkout. You can accrue points to your account with points on qualified purchases on Odacite.com, Birthday Points, Product Review(s), Friend Referrals, Special Promotions, etc. Note; Points may take up to 24 hours to appear. |
|  | How do I redeem my points? |
|  | When you are logged into your account, you can check your status, point balance, activity, as well as redeem points for rewards. When you redeem available rewards, your points will be deducted from your account. Please COPY the unique code that is generated. You will be able to PASTE this code into the DISCOUNT section at checkout. Once you redeem your points for a reward, we are unable to re-issue them. If you decide not to purchase after redeeming, please make sure to save the code somewhere safe to use on a future purchase. |
|  | Redemption of points is limited to a maximum of 50% of the total purchase price. For example, if you purchase $50 worth of merchandise from Odacite.com, you can pay up to $25 or 50% of total price by redeeming your points. You only earn points on the remaining portion of the price that you pay and not on the redemption value used. |
|  | https://web.archive.org/web/20220117153536/http://cooperativelyproducednetwork.com/odacite-rewards.html |
|  | As shown below, the accused instrumentality allows the user to view the earned points. |

| | |
|---|---|
| | Do points expire? |
| | Points will expire on a 1 year rolling basis. If you have not earned or spent any rewards points in the past 1 Year (365 days), your points will begin to expire. For example, if you earned Points on January 1, 2020, those points will expire on January 1, 2021 (the "Earning Period") unless they have been redeemed or additional points have been earned. |
| | We encourage you to stay an active Odacité Rewards member and redeem your points often to ensure you experience the full benefits of the rewards program! |
| | You can access your points history in your Rewards Dashboard. You will also be notified via email when points you've earned are about to expire. |
| | https://web.archive.org/web/20220117153536/http://cooperativelyproducednetwork.com/odacite-rewards.html |
| applying network usage credits to a user having an account for accumulating credits based upon usage by at least one third party of a first network resource operated by said user;<br><br>**Col 14: lines 43-51**<br><br>*A central element* | The accused instrumentality practices applying network usage credits (e.g., crediting points to the user's account) to a user (e.g., an existing user) of having an account (e.g., user's account) for accumulating credits (e.g., crediting points to the user's account) based upon usage by at least one third party (e.g., friends) of a first network resource (e.g., qualified purchases on accused instrumentality's page) operated by said user (e.g., purchasing via the user's referral).<br><br>As shown below, the accused instrumentality allows user to earn and redeem points for purchase. Further, it offers a 'Tell Your Friends' program that allows users to earn points by inviting friends (e.g., a third party) to join the loyalty program. The user earns 2000 points (e.g., network usage credits) ($20 value) for each successful referral. |

*of the invention is allowing credit balances earned through providing access to Network Resources via an Access Gateway to be traded for access to Network Resources when the same owner/operator uses one of their Network Devices to access Network Resources via a different owner/operator's Access Gateway. In this embodiment of the invention, which provides broad flexibility for the Network Device User, each*



https://web.archive.org/web/20220117153536/http://cooperativelyproducednetwork.com/odacite-rewards.html

| | |
|---|---|
| *Network Device can be configured to use an Earned Balance i) First, ii) Last or iii) Never.* | <br><br>https://web.archive.org/web/20220117153536/http://cooperativelyproducednetwork.com/odacite-rewards.html |



https://web.archive.org/web/20220117153536/http://cooperativelyproducednetwork.com/odacite-rewards.html



https://web.archive.org/web/20220117153536/http://cooperativelyproducednetwork.com/odacite-rewards.html

# QUESTIONS?

What is the Odacité Rewards Program and what benefits will I receive?

Odacité Rewards Program is Odacité's loyalty program that allows you to earn points for every dollar spent and through social engagement and referrals!

Who is eligible to join the Odacité Rewards Program?

What happens to my Odacité Rewards points if I return merchandise?

How do I access my Rewards Account?

Your Odacité Rewards account can be accessed on odacite.com simply by selecting "Account Login" button at the top right of the Odacite home page, and logging in with your registered email address. If you need assistance, please contact Customer Service at 1 800 809 8714 (TOLL FREE) or via email CONTACT@ODACITE.COM.

You can access your points in your Rewards Dashboard.

https://web.archive.org/web/20220117153536/http://cooperativelyproducednetwork.com/odacite-rewards.html

How do I earn points?

You must be enrolled in the Odacité Rewards Program at the time of your purchase in order to earn points. Points will automatically be added to your account for qualifying purchases after checkout. You can accrue points to your account with points on qualified purchases on Odacite.com, Birthday Points, Product Review(s), Friend Referrals, Special Promotions, etc. Note; Points may take up to 24 hours to appear.

How do I redeem my points?

When you are logged into your account, you can check your status, point balance, activity, as well as redeem points for rewards. When you redeem available rewards, your points will be deducted from your account. Please COPY the unique code that is generated. You will be able to PASTE this code into the DISCOUNT section at checkout. Once you redeem your points for a reward, we are unable to re-issue them. If you decide not to purchase after redeeming, please make sure to save the code somewhere safe to use on a future purchase.

Redemption of points is limited to a maximum of 50% of the total purchase price. For example, if you purchase $50 worth of merchandise from Odacite.com, you can pay up to $25 or 50% of total price by redeeming your points. You only earn points on the remaining portion of the price that you pay and not on the redemption value used.

https://web.archive.org/web/20220117153536/http://cooperativelyproducednetwork.com/odacite-rewards.html

As shown below, the accused instrumentality allows the user to view the earned points (e.g., network usage credits).

Do points expire?

Points will expire on a 1 year rolling basis. If you have not earned or spent any rewards points in the past 1 Year (365 days), your points will begin to expire. For example, if you earned Points on January 1, 2020, those points will expire on January 1, 2021 (the "Earning Period") unless they have been redeemed or additional points have been earned.

We encourage you to stay an active Odacité Rewards member and redeem your points often to ensure you experience the full benefits of the rewards program!

You can access your points history in your Rewards Dashboard. You will also be notified via email when points you've earned are about to expire.

| | https://web.archive.org/web/20220117153536/http://cooperativelyproducednetwork.com/odacite-rewards.html |
|---|---|
| substantially immediately processing a request by said user for usage of a second network resource operated by a fourth party and allowing access to said second network resource if said user has at least a predetermined amount of said network usage credits wherein said first and second resources have a registered resource sharing arrangement in a connected system.<br><br>Col 17: lines 3-11 | The accused instrumentality practices substantially immediately processing a request (e.g., request to redeem points for various rewards, merchandise and products, etc. at different stores) by said user (e.g., an existing user) for usage of a second network resource (e.g., various rewards, merchandise and products, etc.) operated by a fourth party (e.g., various rewards, merchandise, products of a different store of the accused instrumentality) and allowing access to said second network resource (e.g., various rewards, merchandise and products, etc.) if said user (e.g., an existing user) has at least a predetermined amount of said network usage credits (e.g., required points to avail rewards) wherein said first (e.g., qualified purchases on accused instrumentality's page) and second resources (e.g., various rewards, merchandise and products, etc.) have a registered resource sharing arrangement in a connected system (e.g., a system of the accused instrumentality).<br><br>As shown below, the accused instrumentality allows user to earn and redeem points for purchase. Further, it offers a 'Tell Your Friends' program that allows users to earn points by inviting friends to join the loyalty program. The user earns 2000 (e.g., network usage credits) points ($20 value) for each successful referral. The earned points can be redeemed by the user for various rewards, merchandise, products (e.g., a second network resource) of different stores (e.g., fourth party).<br><br>When the user requests for using points to gain various rewards, merchandise and products, etc, the system checks their earned points balance to determine if the user is eligible for the reward. Rewards are only accessible if there are sufficient points available, which are required for getting a reward. Thus, the accused instrumentality shares an agreement wherein the points can be earned and redeemed for all participating Odacite products. |

| | |
|---|---|
| *The Processing Element (11) must determine whether there is sufficient credit available in the Trading System User's Earned Balance to reserve for the remaining required period of Network Resource authorization.* If the Balance (403C) is not greater than or equal to the Reserve-Credit (615) amount, then there is insufficient credit and the Requested-Authorization-Period (58) of the Request (40) cannot be |  https://web.archive.org/web/20220117153536/http://cooperativelyproducednetwork.com/odacite-rewards.html |

| | |
|---|---|
| *satisfied, so a reduced Authorization Period must be calculated as follows:*<br><br>**Col 17: lines 20-23**<br><br>*Alternatively, <u>if there is sufficient credit available, then the Reserve-Credit (615) amount is deducted from the Trading System User's Earned Balance (403C)</u> and added to the Total Credit Reservations (405C) for the Account.* | <br><br>https://web.archive.org/web/20220117153536/http://cooperativelyproducednetwork.com/odacite-rewards.html |



https://web.archive.org/web/20220117153536/http://cooperativelyproducednetwork.com/odacite-rewards.html

As shown below, the accused instrumentality allows users to redeem earned points (e.g., network usage credits) for rewards.



https://web.archive.org/web/20220117153536/http://cooperativelyproducednetwork.com/odacite-rewards.html

# QUESTIONS?

What is the Odacité Rewards Program and what benefits will I receive?

Odacité Rewards Program is Odacité's loyalty program that allows you to earn points for every dollar spent and through social engagement and referrals!

Who is eligible to join the Odacité Rewards Program?

What happens to my Odacité Rewards points if I return merchandise?

How do I access my Rewards Account?

Your Odacité Rewards account can be accessed on odacite.com simply by selecting "Account Login" button at the top right of the Odacite home page, and logging in with your registered email address. If you need assistance, please contact Customer Service at 1 800 809 8714 (TOLL FREE) or via email CONTACT@ODACITE.COM.

You can access your points in your Rewards Dashboard.

https://web.archive.org/web/20220117153536/http://cooperativelyproducednetwork.com/odacite-rewards.html

How do I earn points?

You must be enrolled in the Odacité Rewards Program at the time of your purchase in order to earn points. Points will automatically be added to your account for qualifying purchases after checkout. You can accrue points to your account with points on qualified purchases on Odacite.com, Birthday Points, Product Review(s), Friend Referrals, Special Promotions, etc. Note; Points may take up to 24 hours to appear.

How do I redeem my points?

When you are logged into your account, you can check your status, point balance, activity, as well as redeem points for rewards. When you redeem available rewards, your points will be deducted from your account. Please COPY the unique code that is generated. You will be able to PASTE this code into the DISCOUNT section at checkout. Once you redeem your points for a reward, we are unable to re-issue them. If you decide not to purchase after redeeming, please make sure to save the code somewhere safe to use on a future purchase.

Redemption of points is limited to a maximum of 50% of the total purchase price. For example, if you purchase $50 worth of merchandise from Odacite.com, you can pay up to $25 or 50% of total price by redeeming your points. You only earn points on the remaining portion of the price that you pay and not on the redemption value used.

https://web.archive.org/web/20220117153536/http://cooperativelyproducednetwork.com/odacite-rewards.html

|  | Do points expire? |
|---|---|
|  | Points will expire on a 1 year rolling basis. If you have not earned or spent any rewards points in the past 1 Year (365 days), your points will begin to expire. For example, if you earned Points on January 1, 2020, those points will expire on January 1, 2021 (the "Earning Period") unless they have been redeemed or additional points have been earned. |
|  | We encourage you to stay an active Odacité Rewards member and redeem your points often to ensure you experience the full benefits of the rewards program! |
|  | You can access your points history in your Rewards Dashboard. You will also be notified via email when points you've earned are about to expire. |
|  | https://web.archive.org/web/20220117153536/http://cooperativelyproducednetwork.com/odacite-rewards.html |



https://odacite.com/apps/store-locator



https://credobeauty.com/collections/odacite

By accessing or using this Site you agree to comply with all applicable local, national, and international laws and regulations relating to your use of or activities on the Site.  To the extent permissible by law, we will not be responsible or liable to any third party for the User Content or accuracy of any Content posted by you or any other User on the Site.  We have the right to remove any User Content or posting you make on the Site if, in our sole discretion, such Content or posting does not comply with the standards set out in these Terms.

If you do not agree to these Terms, you do not have our consent to obtain information from or otherwise use the Site.  Failure to use the Site in accordance with these Terms may subject you to civil or criminal penalties.

YOU ACKNOWLEDGE AND AGREE THAT BY ACCESSING OR USING THE SITE, AND/OR DOWNLOADING OR POSTING ANY CONTENT FROM OR ON THE SITE, YOU HAVE READ, UNDERSTAND, AND AGREE TO BE BOUND BY THESE TERMS WHETHER OR NOT YOU HAVE CREATED AN ACCOUNT ON THE SITE.  IF YOU DO NOT AGREE TO THESE TERMS, YOU HAVE NO RIGHT TO ACCESS OR USE THE SITE.  If you accept or agree to these Terms on behalf of a company or other legal entity, you represent and warrant that you have the authority to bind that company or legal entity to these Terms and, in such event, "you" or "your" will refer and apply to that company or other legal entity.

https://odacite.com/pages/terms-of-use